Midwestern Tool Company, appellee, v. Droll Patents Corporation, appellant. Gen. No. 34,977.

Opinion filed October 9, 1931. Rehearing denied October 21, 1931.

Arthur B. Schaffner and Albert G. Duncan, for appellant. Mc-
Gilvray, Eames, Vaughan & Tilley, for appellee; Franklin E. Vaughan,
of counsel.
Mr. Presiding Justice Gridley delivered the opinion of the court.